IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 OCT 18 AM 9: 36

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3-13-MJ-706-BH |
| | § | |
| WAYNE JOSEPH SWEENEY | § | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **WAYNE JOSEPH SWEENEY**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>     This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. §3156);

_____ Maximum sentence life imprisonment or death

_____ 10 + year drug offense

_____ Felony, with two prior convictions in above categories

\_\_\_\_X\_\_\_ Serious risk defendant will flee

_____ Serious risk obstruction of justice

_____ Felony involving a minor victim

_____ Felony involving a firearm, destructive device, or any other dangerous weapon

_____ Felony involving a failure to register (18 U.S.C. § 2250)

2.    <u>Reason for Detention.</u>   The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_____X_____ Defendant's appearance as required

_____ Safety of any other person and the community

3.    <u>Rebuttable Presumption.</u>   The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4.    <u>Time For Detention Hearing.</u>   The United States requests the Court conduct the detention hearing,

_____ At first appearance

_____X_____ After continuance of ___3___ days (not more than 3).

Motion for Detention - Page 2

DATED this 18TH day of OCTOBER, 2013.

                          Respectfully submitted,

                          SARAH R. SALDAÑA
                          UNITED STATES ATTORNEY

                          George Leal
                          Assistant United States Attorney
                          Northern District of Texas
                          Texas State Bar No. 00794150
                          1100 Commerce Street, Third Floor
                          Dallas, Texas 75242-1699
                          Telephone: 214.659.8708
                          Fax: 214.659.8803
                          E-mail:   George.Leal@usdoj.gov