IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| v. | | No. 3:13-MJ-706-BH |
| WAYNE JOSEPH SWEENEY | | |

### NOTICE OF ENTRY OF APPEARANCE OF LEAD COUNSEL AND REQUEST FOR NOTICES

The United States of America, by and through the United States Attorney for the Northern District of Texas, respectfully advises the Court and other parties to this action that George Leal, Assistant United States Attorney, Northern District of Texas, Dallas Division, hereby enters his appearance as lead counsel for the United States, that he be served with copies of all notices and pleadings in this case.

Respectfully submitted,
SARAH R. SALDAÑA
UNITED STATES ATTORNEY

George Leal
Assistant United States Attorney
Texas State Bar No. 00794150
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8714
Facsimile: 214.659.8803
E-mail: george.leal@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas which will provide notice to Defense Counsel via the ECF system.

George Leal
Assistant United States Attorney