**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| V. § § | Cause No 3:13-MJ-00706-BH |
| WAYNE JOSEPH SWEENEY(1) § § | |

## ENTRY OF APPEARANCE

I wish to enter my appearance as retained Counsel for the above named Defendant on above captioned Case.

I understand that it is my duty to continue to represent the named defendant in connection with this case unless and until, after written motion filed by me, I am relieved by Order of the Court.

Respectfully submitted,

_____
LARRY FINSTROM
Attorney at Law
1201 Elm - Suite 2510
Dallas, Texas 75270
SBN 07038400
Phone No. 214/748-5855
Fax No. 214/748/8379
E-Mail lfinstrom@att.net

Entry of Appearance - Page 1