# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

UNITED STATES OF AMERICA §
§
v. §
§ Case No. 3:13-mj-00706-BH
§
WAYNE JOSEPH SWEENEY (1) §
§

## ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 29th day of October, 2013

_____
(Attorney Signature)

Carl R. Day
(Attorney Name – Please Print)

24001181
(Attorney Bar Number)

2121 W. Airport Frwy #210
Irving TX 75062
(Address)

972-870-0816
(Phone No. including area code)