AO 442 (Rev. 12/10) Warrant for Arrest

# United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

V.

Wayne Joseph Sweeney

**WARRANT FOR ARREST**

CASE NUMBER: 3-13-MJ- 706.BH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Wayne Joseph Sweeney and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [✓] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Knowingly & intentionally conspiring with other persons to possess with intent to distribute a Schedule I controlled substance analogue

in violation of Title __21__, United States Code, Section (s) __841(a)(1) and (b)(1)(B) and 846__.

IRMA C. RAMIREZ
Name of Issuing Officer

_signature_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 5 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at
Arrested in Sulphur Springs TX by DEA
W/R to N/TX-Dallas from E/TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/4/13 DATE OF ARREST | Jason Daniels | Jason Daniels |